from cases where the city does own the fee, should be determined by some court after a careful and thorough investigation by counsel and citation of the authorities on that subject.

It is admitted that the defendant was using the number of poles indicated by the judgment. In our opinion the record discloses no reversible error, therefore the judgment is affirmed.

*Affirmed.*

MR. JUSTICE NIEHAUS took no part.

---

### City of Peoria, Appellee, v. Western Union Telegraph Company, Appellant.

### Gen. No. 6,208.   (Not to be reported in full.)

Appeal from the Circuit Court of Peoria county; the Hon. JOHN M. NIEHAUS, Judge, presiding. Heard in this court at the October term, 1915. Affirmed. Opinion filed February 8, 1916.

### Statement of the Case.

Action by City of Peoria, plaintiff, against Western Union Telegraph Company, defendant, of the same kind and character as *City of Peoria v. Postal Tel.-Cable Co.*, No. 6,207, *ante*, p. 218, in which practically the same questions were raised and argued. For the reasons stated in the opinion in that case, the judgment is affirmed.

STEVENS, MILLER & ELLIOTT, for appellant; FRANCIS N. WHITNEY, of counsel.

RICHARD H. RADLEY, for appellee.

MR. JUSTICE CARNES delivered the opinion of the court.